UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DISIVION

-------------------------------------------------------X

RAESHAUN HAND,

        Plaintiff,                         19 Civ. 0941 (SJD)(SKB)

    -against-                        **STIPULATION OF DISMISSAL**

CSX TRANSPORTATION, INC.,

        Defendant.

-------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that the above-entitled action is hereby dismissed with prejudice and without costs, and an order to that effect may be entered without further notice.

DATED:  November  , 2021
           NASSAU, NEW YORK

                                                 Flynn & Wietzke, P.C.
                                                 Attorneys for Plaintiff

                                                 By: _____
                                                    A Member of the Firm

                                                 Shumaker, Loop & Kendrick, LLP
                                                 Attorneys for Defendant

                                                 By: _____
                                                    A Member of the Firm